

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.                                      12-M-2005

RUFUS ANDERSON,

        Defendant.

---

## ORDER REQUIRING THE DEFENDANT TO UNDERGO A PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

**Upon the finding of the Court**, and pursuant to 18 U.S.C. §§ 4241 and 4247(b), and for good cause, it is:

**ORDERED** that, subject to the terms and conditions hereafter set out, the defendant is committed to the custody of the Bureau of Prisons for a period not to exceed thirty (30) days (but which period may, upon application of the facility to which the defendant is confined, be extended by up to fifteen (15) days) during which period a psychiatrist or psychologist employed by the Bureau of Prisons shall conduct a psychiatric or psychological examination of the defendant to determine if the defendant is currently suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or assist properly in his defense, and it is further

**ORDERED** that the United States Marshals Service, in conjunction with the Bureau of Prisons, shall (1) arrange for the psychiatric or psychological examination ordered hereby; (2) arrange for a date and time for the defendant to be examined at the Bureau of Prisons facility designated for said examination ordered hereby; and (3) transfer the defendant, to an from, such facility for any purpose(s) needed to complete this examination; and it is further

**ORDERED** that upon completion of the psychiatric or psychological examination ordered hereby, the Bureau of Prisons shall disclose the report of the psychiatrist or psychologist (including his or her conclusions) who performed the examination ordered hereby to the Court, the government and counsel for the defendant.

DATED: Buffalo, New York, June 19, 2012.

_____
HONORABLE HUGH B. SCOTT
United States Magistrate Judge